CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment       (x)
Complaint        ( )
Information      ( )
Felony           ( )
Misdemeanor      ( )
Juvenile         ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: AJK
(Initials)

_Glen Casada_
Defendant's Full Name

Defendant's Address

Interpreter Needed? ___ Yes  _x_ No
If Yes, what language? _____

_Edward Yarbrough_
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 371 | Conspiracy to commit Theft Concerning Programs Receiving Federal Funds, Bribery and Kickbacks Concerning Programs Receiving Federal Funds, and Honest Services Wire Fraud | 5 years | $250,000 |
| 2 | 18 USC 666(a)(1)(A), 2 | Theft Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 3 | 18 USC 666(a)(1)(B), 2 | Bribery and Kickbacks Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 4 | 18 U.S.C. §§ 666(a)(2), 2 | Bribery and Kickbacks Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 5-10 | 18 USC 1343, 1346 | Honest Services Wire Fraud | 20 years | $250,000 |
| 11 | 18 USC 1342 | Use of a Fictitious Name to Carry Out A Fraud | 5 years | |
| 12 | 18 USC 1956(h) | Money Laundering Conspiracy | 20 years | $500,000 |
| 13-18 | 18 USC 1956(a)(1)(B)(i) | Money Laundering | 20 years | $500,000 |
| 19-20 | 18 USC 1957, 2 | Money Laundering | 10 years | $250,000 |
| Forfeiture | | | | |

Is the defendant currently in custody?     Yes ( )    No (x)    If yes, State or Federal?  Writ requested ( )
Has a complaint been filed?                Yes ( )    No (x)
    If Yes:  Name of the Magistrate Judge _____    Case No.: _____
             Was the defendant arrested on the complaint?    Yes ( )    No ( )

Has a search warrant been issued?          Yes (x)    No ( )
    If Yes:  Name of the Magistrate Judge Hon. Jeffery S. Frensley    Case No.: 20-mj-2559; 20-mj-2560; 20-mj-2561; 20-mj-2624; 20-mj-2625; 20-mj-2628; 20-mj-2629; 21-mj-2649; 21-mj-2650; 21-mj-2657; 21-mj-2658; 21-mj-2660; 21-mj-2662; EDTN Hon. Judge Steger, 21-mj-4.

Was bond set by Magistrate/District Judge? Yes ( )    No (x)        Amount of bond: _____

Is this a Rule 20? Yes ( ) No (x)    To/from what district? _____
Is this a Rule 40? Yes ( ) No (x)    To/from what district? _____

Estimated trial time:    5 days

The Clerk will issue a **Warrant**    (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No (x)    Recommended conditions of release: _____