CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (x)
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: _____
AUSA's NAME: _Amanda J. Klopf_

Reviewed by AUSA: _AJK_
(Initials)

_Cynthia Cothren_
Defendant's Full Name

_____
Defendant's Address

_Cindy Sherwood_
Defendant's Attorney

Interpreter Needed?  ___ Yes  __ No

If Yes, what language?  _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 371 | Conspiracy to commit Theft Concerning Programs Receiving Federal Funds, Bribery and Kickbacks Concerning Programs Receiving Federal Funds, and Honest Services Wire Fraud | 5 years | $250,000 |
| 2 | 18 USC 666(a)(1)(A), 2 | Theft Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 3 | 18 USC 666(a)(1)(B), 2 | Bribery and Kickbacks Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 4 | 18 U.S.C. §§ 666(a)(2), 2 | Bribery and Kickbacks Concerning Programs Receiving Federal Funds | 10 years | $250,000 |
| 5-10 | 18 USC 1343, 1346 | Honest Services Wire Fraud | 20 years | $250,000 |
| 11 | 18 USC 1342 | Use of a Fictitious Name to Carry Out A Fraud | 5 years | $250,000 |
| 12 | 18 USC 1956(h) | Money Laundering Conspiracy | 20 years | $500,000 |
| 13-18 | 18 USC 1956(a)(1)(B)(i) | Money Laundering | 20 years | $500,000 |
| 19-20 | 18 USC 1957, 2 | Money Laundering | 10 years | $250,000 |
| Forfeiture | | | | |

Is the defendant currently in custody?   Yes ( )   No (x)   If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?   Yes ( )   No (x)
   If Yes:  Name of the Magistrate Judge _____   Case No.: _____
         Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (x)   No ( )
   If Yes:  Name of the Magistrate Judge  Hon. Jeffery S. Frensley   Case No.:  20-mj-2559; 20-mj-2560; 20-mj-2561; 20-mj-2624; 20-mj-2625; 20-mj-2628; 20-mj-2629; 21-mj-2649; 21-mj-2650; 21-mj-2657; 21-mj-2658; 21-mj-2660; 21-mj-2662; EDTN Hon. Judge Steger, 21-mj-4.

Was bond set by Magistrate/District Judge?  Yes ( )   No (x)   Amount of bond: _____

Is this a Rule 20?  Yes ( )  No (x)   To/from what district? _____
Is this a Rule 40?  Yes ( )  No (x)   To/from what district? _____

Estimated trial time:   5 days

The Clerk will issue a **Warrant**   (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes ( )  No (x)   Recommended conditions of release: _____