UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:22-cr-282 |
| | ) | |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 666(a)(1)(A) |
| [1] GLEN CASADA | ) | 18 U.S.C. § 666(a)(1)(B) |
| [2] CADE COTHREN | ) | 18 U.S.C. § 666(a)(2) |
| | ) | 18 U.S.C. § 1342 |
| | ) | 18 U.S.C. § 1956 |
| | ) | 18 U.S.C. § 1957 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 981 |

**ORDER UNSEALING THE INDICTMENT**

This matter comes before the Court on the United States' Motion to Unseal the Indictment

and Order. It is hereby ordered that:

The Motion is granted and the Indictment and Order are hereby ordered unsealed.

ALISTAIR NEWBERN
UNITED STATES MAGISTRATE JUDGE

Dated: August 23, 2022