# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Glen Casada<br><br>*Defendant* | )<br>)  Case No.   3:22-00282  Judge Richardson<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Glen Casada,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 Conspiracy to commit Theft Concerning Programs Receiving Federal Funds, Bribery and Kickbacks Concerning Programs Receiving Federal Funds, and Honest Services Wire Fraud; 18 USC 666(a)(1)(A), 2 Theft Concerning Programs Receiving Federal Funds; 18 USC 666(a)(1)(B), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 U.S.C. §§ 666(a)(2), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 USC 1343, 1346 Honest Services Wire Fraud; 18 USC 1342 Use of a Fictitious Name to Carry Out A Fraud; 18 USC 1956(h) Money Laundering Conspiracy; 18 USC 1956(a)(1)(B)(i) Money Laundering; 18 USC 1957, 2 Money Laundering

Date:  08/22/0202

*Issuing officer's signature*

City and state:  Nashville, TN

Joyce A. Brooks, Criminal Docketing Supervisor
*Printed name and title*

### Return

This warrant was received on *(date)*  8/22/2022 , and the person was arrested on *(date)*  8/23/2022
at *(city and state)*  Franklin, TN .

Date:  8/23/2022

*Arresting officer's signature*

Brent A. Hayden
*Printed name and title*