IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. <u>3:22-cr-00282</u> |
| v. | ) |
| | ) |
| | ) |
| GLEN CASADA | ) |
| CADE COTHREN | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, John Taddei hereby moves for admission to appear *pro hac vice* in the above-captioned action for Plaintiff United States of America.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States Court of Appeals for the Fourth Circuit. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of

the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Local counsel has been retained in this matter as follows: Amanda Klopf, Assistant United States Attorney, United States Attorney's Office for the Middle District of Tennessee, 719 Church Street, Suite 3300, Nashville, TN 37203, phone number (615) 736-5151 and email address is: Amanda.Klopf@usdoj.gov.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

/s/ John P. Taddei
JOHN P. TADDEI
State of New York Bar No. 5138466
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
Phone: (202) 514-3885
Email: john.taddei@usdoj.gov

MARK WILDASIN
United States Attorney
Middle District of Tennessee

By: /s/ Amanda Klopf
AMANDA KLOPF
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
Email: Amanda.Klopf@usdoj.gov

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion For Admission *Pro Hac Vice* was electronically filed with the Clerk on August 25, 2022, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/Amanda Klopf
AMANDA KLOPF
Assistant United States Attorney