# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that _____John Patrick Taddei_____ was duly admitted to practice in this Court on _____February 26, 2014_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____October 29, 2021_____.

Patricia S. Connor
CLERK

*signature*
DEPUTY CLERK