UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00282 |
| ) | Judge Richardson |
| v. ) | |
| ) | |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## PROTECTIVE ORDER

THIS MATTER HAS COME BEFORE THIS COURT on the United States' Unopposed Motion for a Protective Order concerning the disclosure of discovery material to defendant (Dkt. No. 20). In light of the confidential and law-enforcement-sensitive information that may be disclosed to the defendants pursuant to the Government's discovery obligations, the United States' unopposed motion is GRANTED.

IT IS HEREBY ORDERED:

1. Any and all discovery material the United States produces to the defendants in discovery shall be reviewed by only (i) the defendants; (ii) the defendants' attorney or attorneys of record in this case; (iii) employees or agents of those attorneys; (iv) a photocopying or data processing service to whom the defendants provide the materials for the purposes of preparation, trial, direct appeal (if any); and collateral attack (if any) of this case; (v) witnesses or potential witnesses; and (vi) consultants, experts, or investigators assisting in the preparation, trial, direct appeal (if any), and collateral attack (if any) of this case. No discovery material or copies of any discovery material shall be provided to any individual or entity except as provided herein, as agreed to by the parties, or as further ordered by the Court. Nor shall the discovery material be disclosed,

in any other manner, to any individual or entity except as provided in this Order, as has been agreed by the parties, or as further ordered by the Court.

2. The defendants shall use discovery material and its contents solely for the preparation, trial, direct appeal (if any), and collateral attack (if any) of this case and for no other purpose whatsoever. No additional copies of any discovery material shall be made except as necessary for those purposes. Before first leaving discovery material with any of the individuals or entities listed above who are to retain it outside of the presence of or person or entity identified in paragraphs 1(ii) or 1(iii), the defendants or their attorneys of record must give or cause to be given to the individual or entity a copy of this Order and maintain a copy signed and dated by the individual or a representative of the entity until such time as all appeals in this matter (if any) are concluded.

3. The parties shall comply with Federal Rule of Criminal Procedure 49.1 with respect to the public filing or use of any discovery material containing personally identifiable or sensitive information, including: (1) Social Security numbers, (2) names of minor children, (3) dates of birth, and (4) financial account numbers. *See* Fed. R. Crim. P. 49.1. The parties shall also apply the requirements of Rule 49.1 when showing any discovery material containing personally identifiable or sensitive information to any third-party.

4. At the request of the government, the defendant shall return all copies of material that was inadvertently produced in discovery.

5. Within 60 days following the conclusion of these proceedings, or any direct appeal (if any) from or collateral attack (if any) upon these proceedings, the discovery material disclosed by the United States and any duplicates made for the preparation, trial, direct appeal (if any), or collateral attack (if any) of this case shall be returned to the United States or destroyed by the

2

Case 3:22-cr-00282   Document 20-1   Filed 09/07/22   Page 2 of 3 PageID #: 93

defendants, unless the Court (or Government) gives specific written permission for an exception to this requirement.

6. This Order also applies to any and all individuals to whom the defendants, pursuant to this Order, provide copies of any material produced to them by the United States. By signing and dating a copy of this Order, any person or entity that receives copies of any material produced, submits himself, herself, or itself to the jurisdiction of this Court for all purposes, including sanctions or contempt for violation of this Order.

IT IS SO ORDERED.

_____
Hon. Eli J. Richardson
United States District Judge

Dated: _____