The motion is granted.

*Eli Richardson*

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 3:22-CR-00282** |
| GLEN CASADA and | ) | |
| CADE COTHREN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT CADE COTHREN'S
## MOTION TO EXTEND DEADLINE FOR MOTION FOR BILL OF PARTICULARS

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Honorable Court for an Order extending the deadline for Mr. Cothren to file a Motion for Bill of Particulars for 7 days. In support, Mr. Cothren would show:

1.     Pursuant to Federal Rule of Criminal Procedure 7(f), the deadline for Mr. Cothren to file a Motion for Bill of Particulars is September 6, 2022.

2.     Undersigned counsel requires additional time to review the Indictment to determine whether Mr. Cothren will file a Motion for Bill of Particulars.

3.     Undersigned counsel has conferred with AUSA Amanda Klopf, who states that the government does not object to this Motion.

For all of the above reasons, Mr. Cothren respectfully requests this Court enter an Order extending the deadline for Mr. Cothren to file a Motion for Bill of Particulars for 7 days.