Defendant's request to withdraw his sealed and *ex parte* Motion is GRANTED. The Clerk is directed to withdraw Doc. No. 36.

*Eli Richardson*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | Magistrate Judge Alistair Newbern |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S MOTION
## TO WITHDRAW SEALED *EX PARTE* MOTION

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Honorable Court for an Order withdrawing his sealed *ex parte* Motion filed on February 24, 2023 (Doc. No. 36).

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*