IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00282 |
| v. ) | |
| ) | |
| ) | |
| GLEN CASADA ) | |
| CADE COTHREN ) | |

## UNOPPOSED MOTION FOR STATUS CONFERENCE

The United States of America, through Thomas Jaworski, First Assistant United States Attorney for the Middle District of Tennessee, Assistant United States Attorney Amanda J. Klopf, Corey R. Amundson, Chief of the Public Integrity Section of the United States Department of Justice, and Trial Attorney John P. Taddei, (collectively, "United States" or "government"), respectfully moves this Court to set a status conference. In support thereof, the United States would request the Court set a pre-trial scheduling order, and discuss other outstanding issues. Counsel for defendants do not oppose this motion. The parties are available anytime on May 22 and May 23, if the Court is available.

Respectfully submitted,

/s/ John P. Taddei
JOHN P. TADDEI
State of New York Bar No. 5138466
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
Phone: (202) 514-3885
Email: john.taddei@usdoj.gov

                THOMAS JAWORSKI
                Attorney for the United States
                Middle District of Tennessee
                Acting Under Authority Conferred by 28 U.S.C. § 515

By:    /s/ Amanda Klopf
        AMANDA KLOPF
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, TN 37203
        (615) 736-5151
        Email: Amanda.Klopf@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion For Status Conference was electronically filed with the Clerk on May 4, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/Amanda Klopf
AMANDA KLOPF
Assistant United States Attorney