UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## ORDER

Pursuant to discussions held during the telephonic conference on February 2, 2024, the Motions to Continue (Doc. Nos. 109 and 117) are granted and the trial dates and all pretrial deadlines are vacated. These dates will be reset after a telephonic conference which is set for February 8, 2024, at 10:00 a.m.

During this telephonic conference call, the Court also will announce its rulings on the Motions to Dismiss (Doc. Nos. 59 and 65) and the Motion to Strike (Doc. No. 64).

Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE