> The Motion (Doc. No. 142) is granted.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-cr-00282 |
| | ) | |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | JUDGE RICHARDSON |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Henry C. Leventis, United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Taylor J. Phillips in place of Assistant United States Attorney Amanda J. Klopf as the attorney of record for the Government in this case.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/Taylor J. Phillips*
Taylor J. Phillips
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on May 8, 2024, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel via CM/ECF.

*s/Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney