UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| | ) |
| GLEN CASADA and | ) |
| CADE COTHREN, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT GLEN CASADA'S UNOPPOSED MOTION TO JOIN DEFENDANT CADE COTHREN'S MOTION TO EXTEND DEADLINE

On July 3, 2024, Cade Cothren filed an Unopposed Motion to Extend Deadline to File Pretrial Motions. See Dkt. 151. Glen Casada, through counsel, joins in Cothren's motion for the same reasons, and requests the same relief. The Government does not oppose the Motion.

Respectfully submitted,

*/s/ Jonathan P. Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

*Counsel for Defendant Glen Casada*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

                                                */s/ Jonathan P. Farmer*
                                                Jonathan P. Farmer