UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## AGREED SCHEDULING ORDER

The Court has been advised that the parties have agreed as follows:

This case will proceed to trial on **November 6, 2024** as set forth by the Court's February 9, 2024 Order (Doc. No. 130). The parties expect the trial to last between two to three weeks.

### Deadlines

Regarding pretrial motions, other deadlines, and status conferences, the parties agree to the following schedule:

### Discovery-Related Motions

| | |
|---|---|
| **August 23, 2024** | Deadline for motions regarding discovery issues |
| **September 6, 2024** | Deadline for responses in opposition to discovery-related motions |
| **September 13, 2024** | Deadline for any replies related to discovery-related motions |

### Expert Disclosures

| | |
|---|---|
| **September 13, 2024** | Deadline for the parties to disclose expert witnesses. |
| **September 27, 2024** | Deadline for the parties to notify the other party that they may call a rebuttal expert witness. |
| **October 11, 2024** | Deadline for rebuttal expert witness disclosures |

**Pretrial Motions**

**July 31, 2024**          Deadline for pretrial motions[1]

**August 21, 2024**      Deadline for responses to motions

**August 28, 2024**      Deadline for replies to motions

**Rule 12.1 and 12.2 Notices**

**August 9, 2024**        Deadline to file Rule 12.1 or 12.2 Notice

**Exhibit Review**

**October 23, 2024**    Exhibit Review[2]

**October 25, 2024**    Deadline for joint certification that exhibit review has been completed and statement of any related issues

**Motions in Limine and Rule 702 Motions**

**September 20, 2024**    Motions in Limine and Rule 702 Motions (other than as to rebuttal experts) shall be filed

**October 11, 2024**    Responses to motions in limine shall be filed

**October 18, 2024**    Any replies to motions in limine shall be filed

---

[1] The deadline for Pretrial Motions was set by the Court's February 9, 2024 Order (Doc. No. 130) for July 8, 2024. However, the parties request this deadline be reset to July 31, 2024.

[2] The parties will make a good faith effort to have a final set of exhibits by this date. The parties reserve the right to request the introduction into evidence of trial exhibits not made available at the exhibit review, if necessary, because of such situations where the party elects to introduce an exhibit at trial that has been previously provided to the opposing party in discovery but which the party did not contemplate using as an exhibit at trial at the time of the exhibit review, or where the party learns of additional evidence after the exhibit review and intends to introduce that evidence at trial. Each party also reserves its right to object to the introduction of such evidence as appropriate, including (for example) on the grounds that such evidence is unduly prejudicial or should have been produced earlier or is otherwise excludable. The parties will make all reasonable efforts to alert the opposing side of any such objections at the earliest possible time.

**Government's Notices Pursuant to Rules 404(b) and 609**

**September 13, 2024**   Government shall file any amended notice of intent to offer evidence under Federal Rules of Evidence 404(b) and 609[3]

Federal Rule of Evidence 404 motions to exclude shall be filed by **September 27, 2024**. Responses shall be filed by **October 11, 2024**. Any reply shall be filed by **October 18, 2024**.

**Jencks Material Disclosure**

**October 16, 2024**   Government shall disclose all remaining Jencks material to defendants

**Witness/Exhibit Disclosure**

**October 30, 2024**   Government and the defense shall disclose its witness and exhibit lists[4]

**Jury Instructions, Verdict Form, Trial Briefs and other matters**

**October 23, 2024**   Proposed jury instructions, verdict form, trial briefs

**Pretrial Conference**

**October 28, 2024**   Pretrial Conference at 9:00 a.m.

The Court, having considered the agreement, hereby adopts the same.

IT IS SO ORDERED.

_____
HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[3] If the Government learns of additional information after September 13, 2024, it may seek leave to supplement the notice.

[4] The defense will make a good faith effort to disclose all witnesses the defendant intends to call in its case-in-chief. But the defense reserves the right to call other witnesses depending upon the government's proof presented during the trial. The government likewise reserves its right to add to its witness list depending upon the proof presented in the defendant's case-in-chief.

APPROVED FOR ENTRY:

**Sherwood Boutique Litigation, PLC**

*/s/ Cynthia Sherwood (by perm.)*
Cynthia A. Sherwood
Austin M. Correll
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

*/s/ Joy Boyd Longnecker (by perm.)*
Joy Boyd Longnecker
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**Spencer Fane LLP**

*/s/ Edward M. Yarbrough (by perm.)*
Edward M. Yarbrough
Jonathan P. Farmer
511 Union Street
Suite 1000
Nashville, TN 37219
T: 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
*Counsel for Defendant Glen Casada*

**United States Attorney's Office**

*/s/ Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Taylor.Phillips@usdoj.gov

**United States Department of Justice**

*/s/ John P. Taddei (by perm.)*
John P. Taddei
Blake J. Ellison
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov