UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |
| | ) | |

## AGREED SCHEDULING ORDER

The Court has been advised that the parties have agreed as follows:

This case will proceed to trial on **April 22, 2025** as set forth by the Court's October 7, 2024 Order (Doc. No. 222). The government expects the trial to last between two and three weeks; the defense expects the trial to last four weeks. The parties agree that the deadlines set forth herein supersede all deadlines, other than the pretrial conference and the trial date, set forth in the Court's October 7, 2024 Order.

### Deadlines

Regarding pretrial motions, other deadlines, and status conferences, the parties agree to the following schedule:

With respect to items relating to any deadline that has already passed, a party may, for good cause shown, seek leave to amend a prior filing or submit a new filing. Unless otherwise ordered by the Court, any response shall be due within fourteen days and any optional reply shall be due within seven days.

**Exhibit Review**

| | |
|---|---|
| **April 8, 2025** | Exhibit review[1] |
| **April 10, 2025** | Deadline for joint certification that exhibit review has been completed and statement of any related issues |

**Motions in Limine and Rule 702 Motions[2]**

| | |
|---|---|
| **March 7, 2025** | Deadline for motions in limine and Rule 702 motions addressing issues arising after September 20, 2024 |
| **March 28, 2025** | Deadline for responses to motions in limine and Rule 702 motions |
| **April 4, 2025** | Deadline for any replies to motions in limine and Rule 702 motions |

**Jencks Material Disclosure**

| | |
|---|---|
| **March 4, 2025** | Government shall disclose all remaining Jencks material to defendants |

**Witness/Exhibit Disclosure**

| | |
|---|---|
| **April 15, 2025** | Government and the defense shall disclose their respective witness and exhibit lists[3] |

---

[1] The parties will make a good faith effort to have a final set of exhibits by this date. The parties reserve the right to request the introduction into evidence of trial exhibits not made available at the exhibit review, if necessary, because of such situations where the party elects to introduce an exhibit at trial that has been previously provided to the opposing party in discovery but which the party did not contemplate using as an exhibit at trial at the time of the exhibit review, or where the party learns of additional evidence after the exhibit review and intends to introduce that evidence at trial. Each party also reserves its right to object to the introduction of such evidence as appropriate, including (for example) on the grounds that such evidence is unduly prejudicial or should have been produced earlier or is otherwise excludable. The parties will make all reasonable efforts to alert the opposing side of any such objections at the earliest possible time.

[2] The motions in limine deadline passed on September 20, 2024. The response deadlines in this section apply to new and previously-filed motions, including the defendants' deadlines to respond to the government's motions to admit 404(b) evidence.

[3] The defense will make a good faith effort to disclose all witnesses the defendant intends to call in its case-in-chief. But the defense reserves the right to call other witnesses depending upon the government's proof presented during the trial. The government likewise reserves its right to add to its witness list depending upon the proof presented in the defendant's case-in-chief.

**Jury Instructions, Verdict Form, Trial Briefs and other matters**

**April 8, 2025**              Proposed jury instructions, verdict form, trial briefs

**Pretrial Conference**

**April 14, 2025**             Pretrial Conference at 1:00 p.m.

The Court, having considered the agreement, hereby adopts the same.

IT IS SO ORDERED.

_____
HONORABLE ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**Sherwood Boutique Litigation, PLC**

*/s/ Cynthia Sherwood (by perm.)*
Cynthia A. Sherwood
Austin M. Correll
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

*/s/ Joy Boyd Longnecker (by perm.)*
Joy Boyd Longnecker
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**Spencer Fane LLP**

*/s/ Edward M. Yarbrough (by perm.)*
Edward M. Yarbrough
Jonathan P. Farmer
S. Chase Fann
511 Union Street
Suite 1000
Nashville, TN 37219
T: 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Defendant Glen Casada*

**THOMAS J. JAWORSKI**
**Acting United States Attorney**

*/s/ Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Taylor.Phillips@usdoj.gov

**United States Department of Justice**

*/s/ John P. Taddei (by perm.)*
John P. Taddei
Blake J. Ellison
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov