

**U.S. Department of Justice**

United States Attorney
Middle District of Tennessee

*719 Church Street, Suite 3300*
*Nashville, TN 37203*
*Telephone (615) 736-5151*
*Fax (615) 401-6626*

September 24, 2024

VIA EMAIL

Joy Boyd Longnecker
Barnes & Thornburg LLP
1600 West End Avenue
Suite 800
Nashville, TN 37203-3447
joy.longnecker@btlaw.com

Jonathan P. Farmer
Edward M. Yarbrough
Chase Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

Cynthia A. Sherwood
Sherwood Boutique Litigation, PLC
201 Fourth Avenue, N
Suite 1130
Nashville, TN 37219
cynthia@sherwoodlitigation.com

Re: Disclosures in the matter of <u>United States v. Casada, et al.</u>
Case No. 3:22-cr-00282 (U.S.D.C. M.D. Tenn.)

Dear Counsel:

Through the review of media reports and materials from another matter, we have become aware of allegations of personal and professional misconduct relating to Tennessee House Speaker Cameron Sexton and Director of Legislative Affairs Connie Ridley.

More specifically, we are aware of the following allegations against Speaker Sexton:

1. Speaker Sexton engaged in extramarital affairs with Megan Lane and Tabitha Gould;

2. Speaker Sexton "changed the policy making caucus vendors submit 2-9s so the feds would have a crime against Casada et al" (accord. X user @RockyTopRyan06);

3. On Oct. 14, 2020, Speaker Sexton signed an affidavit for fail-safe voting attesting to a new address of residence in Crossville, TN;

4. On Apr. 26, 2023, the Campaign for Accountability sent the attached allegations regarding Speaker Sexton to the U.S. Attorney's Office and the District Attorney General of the 20th Judicial District;

5. On Aug. 28, 2023, Representative Justin Jones levied the attached allegations against Speaker Sexton; and

6. On Oct. 2, 2023, Representative Jones filed a federal civil complaint alleging, *inter alia*, that Speaker Sexton made false statements. *See Jones v. Tennessee*, 3:23-cv-01033 (M.D. Tenn.).

With regard to Speaker Sexton and Director Ridley, we are aware of allegations that Sexton falsely claimed that Ridley was prohibited from providing information about a sexual harassment investigation. *See* Judd Legum, *UPDATE: In Tennessee, A Cover-Up Is Unraveling*, Popular Information (May 3, 2023) (available at https://popular.info/p/update-in-tennessee-a-cover-up-is). We note that Mr. Cothren appears to have been a source for portions of this article.

We neither have evidence sufficient to substantiate these allegations, nor do we concede that the allegations are a permissible basis for cross-examination.

Sincerely,

THOMAS JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred by
28 U.S.C. § 515

By: */s/ Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
taylor.phillips@usdoj.gov

COREY R. AMUNDSON
Chief
Public Integrity Section

*/s/ John P. Taddei*

JOHN P. TADDEI
BLAKE J. ELLISON
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
Phone: (202) 514-3885
john.taddei@usdoj.gov
blake.ellison@usdoj.gov