# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3:22-cr-00282

**UNITED STATES OF AMERICA**

V.

)  Judge: Eli Richardson

[1] GLEN CASADA
[2] CADE COTHREN

)  Hearing Date: 04/07/2025

)  Location: ☑ Nashville  ○ Columbia  ○ Cookeville

)  Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

)  Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillip, John Taddei and Blake Ellison

Defense Attorney(s): [1] Jonathan Farmer, Edward Yarbrough, Chase Fann (See Comments)

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
 and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

[2] Cynthia Sherwood and Joy Longnecker

Telephone conference held – Defendant's Joint Motion to Compel Disclosure (Doc. 257) denied. Defendant Cochran's Motion in Limine (Doc. No. 182) denied without prejudice. Defendants' Motion in Limine (Doc. No. 183) denied as moot. A telephone conference is scheduled for Apirl 16, 2025 at 9:00 for rulings on remaining motions in limine. Order to enter.

Total Time in Court: 1 Hour and 12 Minutes

Clerk of Court
by: Julie Jackson

Reset Form