UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:22-CR-00282 |
| ) | JUDGE RICHARDSON |
| GLEN CASADA ) | |
| CADE COTHREN ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE

The United States of America respectfully requests leave to file its motion *in limine* regarding improper defense arguments and jury nullification (the "Motion"). The operative Scheduling Order provides that the deadline for filing "motions in limine . . . addressing issues arising after September 20, 2024" was March 7, 2025. (D.E. #245.) As grounds for leave to file, the government submits that facts giving rise to the Motion arose after the deadline set forth in the Scheduling Order.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Taylor Phillips*
TAYLOR PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

*/s/ John P. Taddei*
JOHN P. TADDEI
BLAKE J. ELLISON
Trial Attorneys
Public Integrity Section, Criminal Division
United States Department of Justice