UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:22-cr-00282 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| [1] GLEN CASADA | ) |
| [2] CADE COTHREN | ) |
| | ) |

## STIPULATIONS

The United States, through Assistant United States Attorney Taylor J. Phillips and Trial Attorneys John P. Taddei and Blake J. Ellison; the defendant, Glen Casada, through his attorneys Edward M. Yarbrough, Jonathan P. Farmer, and Chase Fann; and the defendant, Cade Cothren, through his attorneys Cynthia A. Sherwood and Joy B. Longnecker, hereby stipulate to the following:

### STIPULATION NO. 1:

During each of the calendar years 2019, 2020, and 2021, the State of Tennessee received benefits in excess of $10,000 under federal programs involving a grant, subsidy, loan, guarantee, insurance, and other forms of federal assistance, as charged in Counts One, Two, Three, and Four of the Indictment.

### STIPULATION NO. 2:

Each email and Apple iMessage identified in Counts Five, Six, Seven, Eight, Nine, and Ten was a wire communication transmitted in interstate commerce.

### STIPULATION NO. 3:

Between at least January 1, 2018, and December 31, 2021, Sun Trust Bank and First Horizon Bank were financial institutions engaged in interstate commerce and their activities

affected interstate commerce.

Respectfully submitted,

_____
Cynthia Sherwood
Joy Longnecker
Counsel for Cade Cothren

_____
Cade Cothren
Defendant

_____
Jonathan Farmer
Ed Yarbrough
Chase Fann
Counsel for Glen Casada

_____
Glen Casada
Defendant

_____
Taylor Phillips
John Taddei
Blake Ellison
Counsel for the United States

2