REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

**UNITED STATES OF AMERICA**

V.

[1] GLEN CASADA
[2] CADE COTHREN

(list each defendant appearing at hearing)

Judge: Eli Richardson
Hearing Date: 05/05/2025
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Debbie Watson
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillps, John Taddei and Blake Ellison

Defense Attorney(s): See Comments

## TRIAL PROCEEDINGS

1. Jury Trial*  ☒
2. Non-Jury Trial*  ☐
3. Sentencing Hearing Contested*  ☐
4. Supervised Release Hearing-Contested*  ☐
5. Probation Revocation Hearing-Contested*  ☐
6. Other Evidentiary Hearing*  ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment  ☐
8. Plea Hearing  ☐
9. Sentencing Hearing  ☐
10. Status conference  ☐
11. Pretrial Conference  ☐
12. Supervised Release Revocation Hearing  ☐
13. Probation Revocation Hearing  ☐
14. Motion Hearing  ☐
15. Other Proceeding  ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Def. Casada - Edward Yarbrough, Jonathan Farmer and Chase Fann
Def. Cothren - Cynthia Sherwood and Joy Longnecker

Day 10 of trial held - Witness testimony presented. Evidence admitted. Trial adjourned until May 6, 2025 at 9:15 a.m.

Total Time in Court: 7 Hours and 9 Minutes

Clerk of Court
by: Julie Jackson