REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

**UNITED STATES OF AMERICA**

Judge: Eli Richardson

V.

Hearing Date: 05/06/2025

[1] GLEN CASADA
[2] CADE COTHREN

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Debbie Watson

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillps, John Taddei and Blake Ellison

Defense Attorney(s): See Comments

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Def. Casada - Edward Yarbrough, Jonathan Farmer and Chase Fann
Def. Cothren - Cynthia Sherwood and Joy Longnecker

Day 11 of trial held - Discussions held regarding evidentiary issue. Jury dismissed until 5/7/2025 at 9:00 a.m. Recess taken. Defendants made oral motion for mistrial. Arguments heard. Counsel to be in the courtroom on 5/7/2025 at 8:30 a.m. for ruling and other matters.

Total Time in Court: 2 Hours and 30 Minutes

Clerk of Court
by: Julie Jackson