> **ORDER**
> The Motion (Doc. No. 360) is denied as moot in light of the Amended Motion at Docket Entry (361). IT IS SO ORDERED.
>
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**GLEN CASADA and** )<br>**CADE COTHREN,** )<br>)<br>**Defendants.** ) | NO. 3:22-cr-00282<br>JUDGE RICHARDSON |

## GLEN CASADA'S MOTION TO EXTEND DEADLINES TO FILE MOTIONS PURSUANT TO FED. R. CRIM. P. 29 AND 33

Defendant, Glen Casada, through counsel, moves this Court for an ORDER extending the deadline to file post-trial motions pursuant to Fed. R. Crim. P. 29 and 33. In support, Mr. Casada submits the following:

1. On May 16, 2025, the jury returned its verdict in the trial of this matter. As such, Mr. Casada has fourteen days from the date of the verdict—in this case May 30, 2025—to file motions pursuant to Fed. R. Crim. P. 29 and/or 33.

2. On May 20, 2025, the Court entered an Order requiring the Defendants to make a filing stating whether they elected to continue with their previously raised General Rule 29 Motion or to raise specific Rule 29 arguments within 14 days of the verdict—May 30, 2025. (Dkt. 356).

3. The trial of this matter lasted 4 weeks, and the factual and legal issues presented both before and during the trial are complex and unsettled.

4. Counsel for Mr. Casada requires additional time to fully research and brief his Motion for a New Trial pursuant to Fed. R. Crim. P. 33. Additionally, counsel for Mr. Casada requires