# UNITED STATES DISTRICT COURT

## MIDDLE    DISTRICT OF    TENNESSEE

UNITED STATES OF AMERICA
V.
**[1] GLEN CASADA**
**[2] CADE COTHREN**

## EXHIBIT AND WITNESS LIST

**Case Number:  3:22-cr-00282**

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEYS |
|---|---|---|---|---|
| Eli Richardson | | | Taylor Phillips, John Taddie and Blake Ellison | [1] Jonathan Farmer, Edward Yarbrough, Chase Fann [2] Cynthia Sherwood and Joy Longnecker |

| Trial Dates | | 04/22/2025 – 05/13/2025 | COURT REPORTER Debbie Watson & Roxann | COURTROOM DEPUTY Julie Jackson |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | **4/24/2025** | | | |
| X | | | | | **WITNESS:** Patsy Hazlewood |
| 428 | | | X | X | Image of Application for Certificate of Authority Limited Liability Company, Phoenix Solutions, LLC (5 pages) |
| 354 | | | X | X | Images of First Horizon banking documents for Phoenix Solutions LLC (4 pages) |
| | 119 | | X | X | Color images of three text communications, Cellebrite, Extraction Report, Apple iPhone, between "thesmithgroup@yahoo.com", "Patsy Hazlewood" and "Rep. Robin Smith* (owner)" (2 pages) |
| | 122 | | X | X | Color image of two text communications (green box and blue box), between "Rep. Robin Smith (owner)*" and "Patsy Hazlewood" (1 page) |
| | 86 | | X | X | Image of Invoice from Phoenix Solutions, Billed to: Patsy Hazlewood, Invoice Number 0000013, Subtotal 3,257.40 (1 page) |
| | 84 | | X | X | Color mailer for Patsy Hazlewood, State Representative (two-sided) (1 document) |
| X | | | | | **WITNESS:**  Esther Helton-Haynes |
| 109 | | | X | X | Image of e-mail communication from Esther Helton to Robin Smith, November 27, 2019, Subject: Re: Survey or legislative update for you (1 page) |

| | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES OF AMERICA      vs.   CASADA, ET AL.** | | | | | **Case No. 3:22-cr-00282 (1 & 2)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 110 | | | X | X | Image of e-mail communication from Robin Smith to Esther Helton, January 11, 2020, Subject: Your Legislative update, with attachments (3 pages) |
| 105 | | | X | X | Image of e-mail communication from Robin Smith to Esther Helton, October 12, 2020, Fwd: Esther Helton Invoice – Invoice (B-93871) (2 pages) |
| 106 | | | X | X | Image of e-mail communication from Esther Helton to Robin Smith, October 19, 2020, Re: Phoenix Solutions sent you an invoice (B-93876)-Esther Helton-Law & Order (2 pages) |
| | 117 | | X | X | Color image of text communications, Cellebrite, Extraction Report, Apple iPhone between "thesmithgroup@yahoo.com" "Esther Helton" and Rep. Robin Smith* (owner) (2 pages) |
| | 115 | | X | X | Color image of e-mail communication between Robin Smith and Esther Helton, with attachments, January 11, 2020, Subject: Your legislative update (4 pages) |
| | 116 | | X | X | Color image of text communications between "thesmithgroup@yahoo.com" "Esther Helton" "Rep. Robin Smith* (Owner)" (10 pages) |
| | 42 | | X | X | Color mailer for Esther Helton, State Representative (two-sided) (1 document) |
| X | | | | | **WITNESS:** Jay Reedy |
| 268 | | | X | X | Image of invoice from Phoenix Solutions to Rep. Jay Reedy, Invoice Number -0000002, Subtotal 4,263.00 (1 page) |
| | 111 | | X | X | Image of check from Jay D. Reedy, to Glen Casada, October 8, 2019, $550.00 (1 page) |
| | 52 | | X | X | Color image of mailer for Jay Reed, State Representative, 2020 Survey (2 pages) |
| | 53 | | X | X | Image of invoice from Phoenix Solutions to Rep. Jay Reedy, Invoice Number 0000002, Amount due $4,481.48 (1 page) |

Page ___2___ of ___29___

| UNITED STATES OF AMERICA | | vs. | CASADA, ET AL. | Case No. 3:22-cr-00282 (1 & 2) | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | **4/25/2025** | | | |
| X | | | | | **WITNESS:** Connie Ridley |
| 422 | | | X | X | Image of pay stub for Cade Cothren from the State of Tennessee, June 1, 2019 – June 30, 2019 (1 page) |
| 421 | | | X | X | Image of Tennessee General Assembly, Office of Legislative Administration, Administrative Policies and Procedures, 2019-2020 (8 pages) |
| 267 | | | X | X | Image of Phoenix Solutions invoice to Rep. Jay Reedy, December 19, 2019, Amount Due $4,481.48 (1 page) |
| 269 | | | X | X | Image of Phoenix Solutions invoice to Robin Smith, January 4, 2020, Amount Due $3,259.20 (1 page) |
| 270 | | | X | X | Image of Phoenix Solutions invoice to Robin Smith, January 4, 2020, Amount Due $3,259.20 (1 page) |
| 271 | | | X | X | Image of Phoenix Solutions invoice to Patsy Hazlewood, January 29, 2020, Amount Due $3,558.71 (1 page) |
| 272 | | | X | X | Image of Phoenix Solutions invoice to Patsy Hazlewood, January 29, 2020, Amount Due $1,737.28 (1 page) |
| 273 | | | X | X | Image of Phoenix Solutions invoice to Patsy Hazlewood, January 29, 2020, Amount Due $3,257.40 (1 page) |
| 274 | | | X | X | Image of Phoenix Solutions invoice to Robin Smith, February 25, 2020, Amount Due $1,250.00 (1 page) |
| 275 | | | X | X | Image of Phoenix Solutions invoice to Mark Hall, February 28, 2020, Amount Due $2,871.53 (1 page) |
| 276 | | | X | X | Image of Phoenix Solutions invoice to Mark Hall, February 28, 2020, Amount Due $2,871.53 (1 page) |

| | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES OF AMERICA    vs.   CASADA, ET AL.** | | | | | **Case No. 3:22-cr-00282 (1 & 2)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 277 | | | X | X | Image of Phoenix Solutions invoice to Paul Sherrell, June 16, 2020, Amount Due: $4,547.50 (1 page) |
| 278 | | | X | X | Image of Phoenix Solutions invoice to Kent Calfee, June 18, 2020, Amount Due $5,537.00 (1 page) |
| 279 | | | X | X | Image of Phoenix Solutions invoice to Tim Rudd, September 14, 2020, Amount Due $4,804.04 (1 page) |
| 82 | | | X | X | Image of e-mail communications between Connie Ridley and Jamie Eaton, and Connie Ridley and Nick Crawford, re: Payment (3 pages) |
| 87 | | | X | X | Image of e-mail communication to Connie Ridley, from Robin Smith, re: Review for Patsy Hazlewood – Leg Update (2 pages) |
| 78 | | | X | X | Image of e-mail communication to Robin Smith, from Scott Gilmer, December 31, 2019, Subject: Re: Legislative Update for review, approval (1 page) |
| 79 | | | X | X | Image of e-mail communication to Connie Ridley from Scott Gilmer, January 9, 2020, Subject:  FW:  Please review for Esther Helton's legislative update (3 pages) |
| 280 | | | X | X | Color image of Rivers Edge Alliance Invoice for TN Representative Glen Casada, Invoice #1201191, Date: January 4, 2020, Total Due $3,658.98 (1 page) |
| 281 | | | X | X | Image of Rivers Edge Alliance Invoice for TN Representative Glen Casada, Invoice #1201191, Date: January 4, 2020, Total Due $3,480.60 (1 page) |
| 282 | | | X | X | Color image of Rivers Edge Alliance Invoice for TN Representative Glen Casada, Invoice #1201192, Date: January 4, 2020, Total Due $1,738.24 (1 page) |
| 283 | | | X | X | Color image of Rivers Edge Alliance Invoice for TN Representative Glen Casada, Invoice #1201192, Date: January 4, 2020, Total Due $1,682.29 (1 page) |
| 284 | | | X | X | Image of Rivers Edge Alliance Invoice for TN Representative Glen Casada, Invoice #090117.3, Date: January 11, 2020, Total Due $4333.12 (1 page) |

Page ____4____ of ____29____

| | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES OF AMERICA      vs.   CASADA, ET AL.** | | | | **Case No. 3:22-cr-00282 (1 & 2)** | |
| PLF. NO. | DEF. NO. | DATE OFFER | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 285 | | | X | X | Color image of Rivers Edge Alliance Invoice for TN Representative Dan Howell, Invoice #1207192, Date: January 21, 2020, Total Due $3,447.27 (2 pages) |
| 286 | | | X | X | Image of Rivers Edge Alliance Invoice for TN Representative Dan Howell, Invoice #1207192, Date: January 21, 2020, Total Due $3,155.40 (1 page) |
| 287 | | | X | X | Image of Right Way Consulting Invoice to Rep. Dennis Powers, Total Due: $1,909.15 (1 page) |
| 288 | | | X | X | Image of Right Way Consulting Invoice to Rep. Andrew Farmer, Total Due: $2,202.23 (1 page) |
| 289 | | | X | X | Image of Right Way Consulting Invoice to Rep. Bud Hulsey, #011120HULSEY, Total Due: $1,152.64 (1 page) |
| 290 | | | X | X | Image of Right Way Consulting Invoice to Rep. Chris Hurt, #011120HURT, Total Due: $1,333.12 (1 page) |
| 291 | | | X | X | Image of Right Way Consulting Invoice to Rep. Susan Lynn, #011920LYNN, Total Due: $1,332.16 (1 page) |
| 292 | | | X | X | Image of Right Way Consulting Invoice to Rep. Susan Lynn, #011920LYNN-B, Total Due: $1,512.81 (1 page) |
| 293 | | | X | X | Image of Right Way Consulting Invoice to Rep. John Ragan, Total Due: $2,996.99 (1 page) |
| 423 | | | X | X | Image of IRS Form W-9 for Robin Smith, Rivers Edge Alliance, February 3, 2020 (1 page) |
| 424 | | | X | X | Image of IRS Form W-9 for Glen Casada, Sole Proprietor, Rightway Consulting, February 12, 2020 (1 page) |
| 96 | | | X | X | Image of e-mail chain to Connie Ridley from Robin Smith, June 16, 2020, Subject: RE: Newsletter/Constituent Mailing Guidelines (2 pages) |
| 99 | | | X | X | Image of e-mail chain to Connie Ridley, cc: Will Whitt, from Robin Smith, June 22, 2020, Subject:  FW: Supplier Direct Deposit Authorization (3 pages) |

| UNITED STATES OF AMERICA    vs.  CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 100 | | | X | X | Image of e-mail chain to Connie Ridley from Robin Smith, June 30, 2020, Subject: Fwd: Tennessee Invoicing-ACH Forms (3 pages) |
| 425 | | | X | X | Image of State of Tennessee, Department of Finance & Administration, Supplier Direct Deposit Authorization, Phoenix Solutions, LLC (1 page) |
| 426 | | | X | X | Images of Tennessee Treasury checks, payable to Phoenix Solutions, LLC (10 pages) |
| 427 | | | X | X | Images of Tennessee Treasury checks, payable to Rightway Consulting (4 pages) |
| | 27 | | X | X | Image of e-mail communication from Connie Ridley attaching postage and printing policies (13 pages) |
| | 125 | | X | X | Image of e-mail communication to Connie Ridley from Scott Gilmer, December 16, 2019, Subject: FW: Survey proof (3 pages) |
| | 126 | | X | X | Image of e-mail communication to Connie Ridley, cc: Holt Whitt and Patsy Hazlewood, from Robin Smith, January 30, 2020, Subject: FW: Review for Patsy Hazlewood – Leg update (1 page) |
| | 127 | | X | X | Image of e-mail communication to Connie Ridley, cc: Robin Smith, from Scott Gilmer, January 9, 2020, Subject: FW: Please review for Esther Helton's legislative update (1 page) |
| | 128 | | X | X | Image of e-mail communication to Connie Ridley, cc: Holt Whitt, from Robin Smith, February 29, 2020, Subject: FW: Member Legislative Update – Rep. Mark Hall (1 page) |
| | 129 | | X | X | Image of e-mail communication to Holt Whitt, cc: Connie Ridley, from Robin Smith, June 18, 2020, Subject: Re: Legislative update Kent Calfee for review (1 page) |
| | 132 | | X | X | Image of e-mail communication to Connie Ridley from Robin Smith, February 28, 2020, Subject:  Re:  Payments (1 page) |
| | 124 | | X | X | Image of e-mail chain – top of first page – to Connie Ridley, from Robin Smith, February 10, 2020, Subject: Re: Need an appointment (2 pages) |

Page ___6___ of ___29___

| UNITED STATES OF AMERICA | | vs.   CASADA, ET AL. | | Case No. 3:22-cr-00282 (1 & 2) | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | **04/28/2025** | | | |
| X | | | | | **WITNESS:** Nick Crawford |
| 69 | | | X | X | Image of e-mail communication to matthew@powerofphoenix.com, Nicklaus Crawford, from Robin Smith, December 9, 2019, Subject:  Reedy newspaper piece (1 page) |
| 70 | | | X | X | Image of e-mail chain – top of first page – to Nick Crawford, from Matthew Phoenix, December 10, 2019, Subject: Re: 3,100 piece (2 pages) |
| 81 | | | X | X | Image of e-mail chain – top of first page – to Nick Crawford, from Matthew Phoenix, January 15, 2020, Subject: Re: Shipping (4 pages) |
| 83 | | | X | X | Image of e-mail chain – top of first page – to Nick Crawford, from Matthew Phoenix, January 17, 2020, Subject: Re: Shipping (4 pages) |
| | 135 | | X | X | Image of e-mail chain – top of first page – to Matthew Phoenix, from Nick Crawford, December 31, 2019, Subject: Re: Shipping (2 pages) |
| | 96 | | X | X | Color image of mailer – Tim Rudd, State Representative (2 pages) |
| X | | | | | **WITNESS:**  Robin Smith |
| 9 | | | X | X | Image of Cellebrite, Extraction Report – Apple iPhone, Re: Glen Casada (1 page) |
| 10 | | | X | X | Image of Cellebrite, Extraction Report – Apple iPhone, Re: Cade Cothren (1 page) |
| 11 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, Text messages between Cade Cothren and Robin Smith (3 pages) |

| UNITED STATES OF AMERICA   vs.  CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 61 | | | X | X | Image of text message to Cade Cothren from Robin Smith, November 1, 2019, Subject: Robin Smith shared "Phoenix" with you (1 page) |
| 13 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Re: Cade Cothren (1 page) |
| 14 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, text messages between Cade Cothren and Robin Smith (2 pages) |
| 15 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, text messages between Cade Cothren and Robin Smith (3 pages) |
| 18 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, text messages between Cade Cothren, Glen Casada and Robin Smith (7 pages) |
| 64 | | | X | X | Image of e-mail communication to Cade Cothren and Robin Smith, from Glen Casada, November 19, 2019, Subject: Re: Survey Questions (1 page) |
| 65 | | | X | X | Image of e-mail communication to Cade Cothren, from Robin Smith, November 25, 2019, Subject: Let's look at this first (2 pages) |
| 66 | | | X | X | Image of e-mail communication to Cade Cothren, from Robin Smith, December 2, 2019, Subject: RE: Client Information Needed (1 page) |
| 57 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, text messages between Cade Cothren and Robin Smith (1 page) |
| 74 | | | X | X | Image of an e-mail chain to Cade Cothren, from Robin Smith, December 21, 2019, Subject: Re: input on leg update (2 pages) |
| 26 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, text messages between Glen Casada and Robin Smith (2 page2) |
| 58 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, text messages between Cade Cothren and Robin Smith (4 pages) |
| 84 | | | X | X | Image of e-mail communication to Cade Cothren, from Robin@riversedgealliance.org, January 24, 2020, Subject: FW: issue with Legislative Updates (1 page) |
| 59 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, text messages between Cade Cothren and Robin Smith (4 pages) |

Page   8   of   29  

| UNITED STATES OF AMERICA    vs.    CASADA, ET AL. | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 33 | | | X | X | Image of Cellebrite, Extraction Report, regarding Glen Casada (2 pages) |
| | | 04/29/2025 | | | |
| | 207 | | X | X | Image of e-mail communication to Connie Ridley, cc: Kelley Pendergrass and Jamie Eaton, from Robin Smith, January 22, 2020, Subject: Confirming receipt of W-o and other invoices (1 page) |
| 34 | | | X | X | Image of Cellebrite, Extraction Report, text messages from +16159437396 (1 page) |
| 35 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, text messages between Cade Cothren and Robin Smith (4 pages) |
| | 208 | | X | X | Image of e-mail chain (at top of page) – to Connie Ridley, from Robin Smith, February 10, 2020, Subject "Re: Need an appointment (2 pages) |
| 36 | | | X | X | Image of Cellebrite, Extraction Report, regarding Cade Cothren and Robin Smith (1 page) |
| 39 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Robin Smith (2 pages) |
| 38 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Robin Smith (3 pages) |
| 60 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Robin Smith (6 pages) |
| 40 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Robin Smith (1 page) |
| 90 | | | X | X | Image of e-mail communication to Glen Casada and Robin Smith from Cade Cothren, April 2, 2020, Subject: Printing (1 page) |
| 445 | | | X | X | Image of Tennessee Ethics Commission, Statement of Disclosure of Interests (ss-8004), Year 2020, regarding Rivers Edge Alliance and Robin Smith (3 pages) |
| 446 | | | X | X | Image of Tennessee Ethics Commission, Statement of Disclosure of Interests (ss-8004), Years 2019 and 2020, regarding Glen Casada (12 pages) |

Page   9   of   29  

| UNITED STATES OF AMERICA    vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 68 | | | X | X | Image of e-mail chain (top of page) to Glen Casada, cc: Cade Cothren, from Robin Smith, December 6, 2019, Subject: Fwd: [EXTERNAL] Following up and another question (3 pages) |
| 23 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Robin Smith (10 pages) |
| 56 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Robin Smith (16 pages) |
| 73 | | | X | X | Image of e-mail chain (top of page) to Robin Smith, from Cade Cothren, December 18, 2019, Subject: Re: New lists (2 pages) |
| 94 | | | X | X | Image of e-mail chain (top of page) to Cade Cothren, from Robin Smith, June 16, 2020, Subject: Fwd: Newsletter/Constituent Mailing Guidelines (2 pages) |
| 95 | | | X | X | Image of e-mail communication to Matthew Phoenix, from Robin@riversedgealliance.org, June 16, 2020, Subject: FW: Supplier Direct Deposit Authorization (3 pages) |
| 98 | | | X | X | Image of e-mail chain (top of page) to Matthew Phoenix, from robin@riversedgealliance.org, June 22, 2020, Subject: FW" Supplier Direct Deposit Authorization (2 pages) |
| 97 | | | X | X | Image of e-mail chain (top of page) to Robin Smith, from Matthew Phoenix, June 22, 2020, Subject: Re: FW: Supplier Direct Deposit Authorization (4 pages) |
| 116 | | | X | **ID ONLY** | Physical thumb drive |
| 117 119 121 123 125 127 129 | | | X | X | One physical DVD in white sleeve "RTS" "4-29-25" |
| 45 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Robin Smith (2 pages) |

Page   10   of   29

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **UNITED STATES OF AMERICA   vs.   CASADA, ET AL.**          Case No. 3:22-cr-00282 (1 & 2) |
| 54 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, regarding Robin Smith (1 page) |
| | 156 | | X | X | Image of e-mail chain (at top of page) to Robin Smith, from Grant Minchew, December 9, 2019, Subject: RE": [EXTERNAL] Request for ECF data for Reps Hazlewood and Helton (3 pages) |
| | 158 | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Robin Smith and Cade Cothren (2 pages) |
| | 1 | | X | X | Image of State of New Mexico, Office of the Secretary of State, Certificate of Comparison of Phoenix Solutions, LLC, 6039103 (6 pages) |
| | 2 | | X | X | Image of State of New Mexico, Office of the Secretary of State, Certificate of Comparison of Phoenix Solutions, LLC, 6039103 (2 pages) |
| | 3 | | X | X | Image of Department of Treasury, Internal Revenue Service, assignment of Employer Identification Number for Phoenix Solutions, LLC (2 pages) |
| | 4 | | X | X | Image of Division of Business and Charitable Organizations, Certificate of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) regarding Phoenix Solutions, LLC (7 pages) |
| | 9 | | X | X | Image of First Horizon bank account documents regarding Phoenix Solutions LLC (4 pages) |
| | | 04/30/2025 | | | |
| | 39 | | X | X | Physical color mailer for Robin Smith, State House (2 sided) (1 page) |
| | 45 | | | | Physical color mailer/survey for Glen Casada (2 sided) (1 page) |
| | 47 | | X | X | Physical color mailer for Mark Hall, State Representative (2 sided) (1 page) |
| | 55 | | X | X | Image of color mailer/survey for Dennis Powers, State Representative (2 pages) |

| UNITED STATES OF AMERICA        vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 55A | | X | X | Physical color mailer/survey for Dennis Powers, State Representative (2 sided) (1 page) |
| | 60 | | X | X | Image of color mailer/survey for Bud Hulsey, State Representative (2 pages) |
| | 60A | | X | X | Physical color mailer/survey for Bud Hulsey, State Representative (2 sided) (1 page) |
| | 65 | | X | X | Image of color mailer/survey for Chris Hurt, State Representative (2 pages) |
| | 65A | | X | X | Physical color mailer/survey for Chris Hurt, State Representative (2 sided) (1 page) |
| | 69 | | X | X | Image of color mailer/survey for Andrew Farmer, State Representative (2 pages) |
| | 69A | | X | X | Physical color mailer/survey for Andrew Farmer, State Representative (2 sided) (1 page) |
| | 74 | | X | X | Physical color mailer/survey for Susan Lynn, State Representative (2 sided) (1 page) |
| | 80 | | X | X | Physical color mailer for Dan Howell, State Representative (2 sided) (1 page) |
| | 87 | | X | X | Image of color mailer/survey for John Ragan, State Representative (2 pages) |
| | 90 | | X | X | Image of color mailer for Paul Sherrell, State Representative (2 pages) |
| | 93 | | X | X | Physical color mailer for Kent Calfee, State Representative (2 sided) (1 page) |
| | 161 | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Robin Smith and Cade Cothren (2 pages) |
| | 159 | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, regarding Robin Smith (2 pages) |

Page ___12___ of ___29___

| UNITED STATES OF AMERICA   vs.  CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 183 | | X | X | Image of e-mail chain (top of page) to Dan Howell, from Robin@riversedgealliance.org, January 4, 2020, Subject: RE: photos for your review (5 pages) |
| | 184 | | X | X | Image of e-mail chain (top of page) to Dan Howell, from Robin Smith, January 11, 2020, Subject: your grants/projects (1 page) |
| | 185 | | X | X | Image of e-mail communication to Cade Cothren, from Robin Smith, January 12, 2020, Subject: here's what I've got so far for Howell (3 pages) |
| | 186 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, January 16, 2020, Subject: Dan Howell Edits (1 page) |
| | 187 | | X | X | Image of e-mail communication to Dan Howell from Robin Smith, January 16, 2020, Subject: final for review…then to Speaker's Office (3 pages) |
| | 188 | | X | X | Image of e-mail chain (top of page) to Holt Whitt, from Robin Smith, January 20, 2020, Subject: RE: for review, approval: Dan Howell legislative update (1 page) |
| | 189 | | X | X | Image of e-mail communication to Dan Howell, from Robin Smith, January 22, 2020, Subject: Invoices for Legislative update (3 pages) |
| | 165 | | X | X | Image of e-mail communication to Glen Casada and Robin Smith from Cade Cothren, April 2, 2020, Subject: Printing (1 page) |
| | 209 | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, regarding Robin Smith and Cameron Sexton (2 pages) |
| | 212 | | X | X | Image of Proffer Agreement between the U.S. Attorney's Office and Robin Smith (3 pages) |
| | 30 | | X | X | Image of plea petition between United States Attorney's Office and Robin Smith (7 pages) |
| | 31 | | X | X | Image of plea agreement between U.S. Attorney's Office and Robin Smith (24 pages) |

Page   13   of   29  

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 210 | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Robin Smith and Cade Cothren (2 pages) |
| 49 | | | X | X | Image of Cellebrite, Extraction Report, Apple iPhone, regarding Robin Smith (1 page) |
| | | 05/01/2025 | | | |
| X | | | | | **WITNESS:** Alexandra Hunter, Forensic Accountant, FBI |
| 374 | | | X | X | Image of banking documents from Sun Trust bank regarding Robin Smith and Rivers Edge Alliance (3 pages) |
| 368 | | | X | X | Images of a Sun Trust Bank Business Account Signature Card, regarding Glen Casada (1 page) |
| 294 | | | X | X | Image of Fifth Third Bank signature card for Richard G. Casada, Ref # 15523827 (4 pages) |
| 309 | | | X | X | Image of First Tennessee bank document regarding Cade Cothren (1 page) |
| 303 | | | X | X | Image of First Tennessee bank document regarding Cade Cothren (1 page) |
| 363 | | | X | X | Image of Regions Bank Authorization of Corporation, Partnership, Limited Liability Company, Association or Other Entity to Utilize Deposit or Fee-Based Services regarding Phoenix Solutions (11 pages) |
| 452 | | | X | X | Image of FDIC Certification of Financial Institution Structure Report of Sun Trust Bank (3 pages) |
| 453 | | | X | X | Image of FDIC Certification of Financial Institution Structure Report of Truist Bank (3 pages) |

Page __14__ of __29__

| UNITED STATES OF AMERICA  vs. CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 451 | | | X | X | Image of FDIC Certification of Financial Institution Structure Report of First Horizon Bank (3 pages) |
| 405A | | | X | X | Image of Right Way Consulting Invoice to Rep. Bud Hulsey, Total $1,152.64 (1 page) |
| 405B | | | X | X | Image of Right Way Consulting Invoice to Rep. Chris Hurt, Total $1,333.12 (1 page) |
| 405C | | | X | X | Image of Right Way Consulting Invoice to Rep. Susan Lynn, Total $1,332.16 (1 page) |
| 405D | | | X | X | Image of Sun Trust Deposit Ticket, Account Name Rightway Consulting – Glen Casada - $7551.74, Check to Right Way Consulting, from Lowell Russell, $3,733.82, Check to Rightway Consulting from State of Tennessee, $3,817.92 (3 pages) |
| 405E | | | X | X | Image of First Horzion Deposit Ticket, Account Name – Cade Cothren, $7,469.58, Check to Cade Cothren - $250.00, Check to Cade Cothren from Rightway Consulting $6,219.58 (3 pages) |
| 405G | | | X | X | Image of First Horizon bank statement, Phoenix Solutions, Statement Date: 03/31/2020 (4 pages) |
| 405 | | | X | X | Color image of chart regarding payments to and from Right Way Consulting and Phoenix Solutions (1 page) |
| 406A | | | X | X | Image of Rivers Edge Alliance Invoice to TN Representative Glen Casada, Invoice # 1201191, $3,480.60 (1 page) |
| 406B | | | X | X | Image of Rivers Edge Alliance Invoice to TN Representative Esther Helton, Invoice # 090117.3, $4,333.12 (1 page) |
| 406C | | | X | X | Image of Rivers Edge Alliance Invoice to TN Representative Dan Howell, Invoice # 1207192, $3,155.40 (1 page) |
| 406D | | | X | X | Images of SunTrust Deposit Ticket, Account Name-Rivers Edge Alliance, $10,969.12, March 7, 2020 and check from State of Tennessee to Rivers Edge Alliance, $10,969.12 (2 pages) |

Page _15_ of _29_

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA　vs.　CASADA, ET AL. | | | | Case No. 3:22-cr-00282 (1 & 2) | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 406E | | | X | X | Images of First Horizon Deposit Ticket, Phoenix Solutions, LLC, $10,969.12, SunTrust Check payable to Phoenix Solutions, $10,969.12 (2 pages) |
| 406F | | | X | X | Image of First Horizon Money Market Savings statement for Cade Cothren, 03/31/20, Balance $16,182.22 (3 pages) |
| 406 | | | X | X | Color image of chart reflecting transactions between Rivers Edge Alliance, State of TN, etc. (1 page) |
| 377 | | | X | X | Images of SunTrust bank statements, 2019-2020, Robin Smith, Rivers Edge Alliance (43 pages) |
| 407A | | | X | X | Image of Right Way Consulting Invoice to Rep. Susan Lynn, Invoice # 011920LYNN, $1,332.16 (1 page) |
| 407B | | | X | X | Image of Right Way Consulting Invoice to Rep. Susan Lynn, Invoice # 011920LYNN-B, $1,512.81 (1 page) |
| 407C | | | X | X | Images of Sun Trust Deposit Ticket, Account Name – Rightway Consulting – Glen Casada, $7,551.74, Check from Lowell Russell, payable to Right Way Consulting, $3,733.82, Check from State of Tennessee, payable to Rightway Consulting, $3,817.02 (3 pages) |
| 407D | | | X | X | Images of Sun Trust Deposit Ticket, Account Number **** 447, $1,512.81, Check from State of Tennessee, payable to Rightway Consulting, $1,512.81 (2 pages) |
| 407E | | | X | X | Images of First Horizon Deposit Ticket, 3/12/20, $2,844.94, Check from Rightway Consulting, payable to Cade Cothren, $2,844.94 (2 pages) |
| 407G | | | X | X | Image of First Horizon bank statement, Acct. Number ***3886, 3/31/20 (4 pages) |
| 407 | | | X | X | Color image of chart reflecting transactions between Right Way Consulting and State of TN, etc. (1 page) |
| 408A | | | X | X | Image of Right Way Consulting invoice to – Rep. Dennis Powers, $1,909.15 (1 page) |
| 408B | | | X | X | Image of Right Way Consulting invoice to Rep. Andrew Farmer, $2,202.23 (1 page) |

Page ___16___ of ___29___

| UNITED STATES OF AMERICA    vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 408C | | | X | X | Images of Sun Trust deposit ticket, account number ***447, $4,111.38, check from State of Tennessee, payable to Rightway Consulting, $2,202.23 and check from State of Tennessee to Rightway Consulting, $1,909.15 (3 pages) |
| 408D | | | X | X | Images of First Horizon deposit ticket, Acct. Number 3886, $4,111.38, check from Rightway Consulting to Cade Cothren, $4,111.38 (2 pages) |
| 408 | | | X | X | Color image of chart reflecting transactions between Right Way Consulting and State of TN, etc. (1 page) |
| 409A | | | X | X | Image of Right Way Consulting invoice to Rep. John Ragan, $2,996.99 (1 page) |
| 409B | | | X | X | Images of Sun Trust deposit ticket, Acct. Number ***447, $2,996.99, check from State of Tennessee, payable to Rightway Consulting, $2,996.69 (2 pages) |
| 409C | | | X | X | Images of First Horizon deposit ticket, Acct. Number ***3402, $2,817.99, check payable to Cade Cothren, $250.00, check from Rightway Consulting, payable to Cade Cothren, $2,569.99 (3 pages) |
| 409 | | | X | X | Color image of chart reflecting transactions between Right Way Consulting, State of TN, etc. (1 page) |
| 48 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren (41 pages) |
| 364 | | | X | X | Color image of Regions Bank bank statements, Phoenix Solutions, Acct. Number ***9665 (24 pages) |
| 395 | | | X | X | Images of First Horizon deposit ticket, Phoenix Solutions, $4,263.00, check from State of Tennessee, payable to Phoenix Solutions (2 pages) |
| 396 | | | X | X | Images of First Horizon deposit ticket, Phoenix Solutions, $8,253.98, check from Friends of Patsy Hazlewood, payable to Phoenix Solutions, $1,737.28, check from State of Tennessee, payable to Phoenix Solutions (3 pages) |

Page ___17___ of ___29___

| UNITED STATES OF AMERICA     vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 397 | | | X | X | Images of Sun Trust deposit ticket, Account Name – Rightway Consulting, Glen Casada, $7,551.74, check from Lowell Russell, payable to Right Way Consulting, $3,733.82, check from State of Tennessee, payable to Rightway Consulting, $3,817.92 (3 pages) |
| 398 | | | X | X | Images of Sun Trust deposit ticket, Account Name – Rivers Edge Alliance, $10,969.12, check from State of Tennessee, payable to Rivers Edge Alliance, $10,969.12 (2 pages) |
| 399 | | | X | X | Images of Sun Trust deposit ticket, Account Number ****447, $1,512.81, check from State of Tennessee payable to Rightway Consulting, $1,512.81 (2 pages) |
| 400 | | | X | X | Images of First Horizon deposit ticket, regarding Phoenix Solutions, $2,871.53, check from State of Tennessee to Phoenix Solutions (2 pages) |
| 401 | | | X | X | Images of Sun Trust deposit ticket, Account Number ***4447, $4,111.38, check from State of Tennessee, payable to Rightway Consulting, $2,202.23, check from State of Tennessee, payable to Rightway Consulting, $1,909.15 (3 pages) |
| 402 | | | X | X | Images of Sun Trust deposit ticket, Account Number ***4447, $2,996.99, check from State of Tennessee payable to Rightway Consulting, $2,996.99 (2 pages) |
| 414 | | | X | X | Image of table, "Postage Account Payments from the State of Tennessee" "January 1, 2020 – December 31, 2020 (1 page) |
| 387 | | | X | X | Images of Consumer RDC Mobile Deposit, $4,143.64, check from Phoenix Solutions payable to Glen Casada, $4,143.64 (2 pages) |
| 388 | | | X | X | Images of Sun Trust deposit ticket, Account Name – Rivers Edge Alliance, $4,143.64, check from Phoenix Solutions, payable to Robin Smith, $4,143.64 (2 pages) |
| 389 | | | X | X | Images of Sun Trust deposit ticket, Account Name – Rivers Edge Alliance, Robin Smith, $12,003.16, check from Phoenix Solutions, payable to Rivers Edge Alliance, $12,003.16 (2 pages) |
| 390 | | | X | X | Images of Consumer RDC Mobile Deposit Ticket, $500.00, check from Phoenix Solutions payable to Glen Casada, $500.00 (2 pages) |

Page ___18___ of ___29___

| UNITED STATES OF AMERICA　　vs.　CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 391 | | | X | X | Image of check from Phoenix Solutions payable to Glen Casada, $2,500.00 (front and back) (2 pages) |
| 392 | | | X | X | Image of check from Phoenix Solutions payable to Rivers Edge Alliance, $12,116.46 (1 page) |
| 411 | | | X | X | Image of chart, "Deposits Received from Political Organizations, Campaigns, and Candidates", Phoenix Solutions Account x3886 (1 page) |
| 410 | | | X | X | Color image of chart "Deposits from State Postage Account, Political Organizations, Campaigns, and Candidates", Phoenix Solutions (1 page) |
| | 229 | | X | X | Images of check from Phoenix Solutions payable to Phillips Printing, $772.62, check from Phoenix Solutions payable to Glick Creative, $356.50, check from Phoenix Solutions payable to Phillips Printing, $196.56, check from Phoenix Solutions payable to Glick Creative, $418.50, check from Phoenix Solutions payable to Phillips Printing, $1,651.82, check from Phoenix Solutions payable to Phillips Printing, $1,303.87, check from Phoenix Solutions payable to Phillips Printing, $2,251.02, check from Phoenix Solutions payable to Phillips Printing, $1,630.62, check from Phoenix Solutions payable to Glick Creative, $418.50, check from Phoenix Solutions to Glick Creative, $356.50, check from Phoenix Solutions payable to Glick Creative, $279.00, check from Phoenix Solutions payable to Mark Co. Printing, $1,318.15, check from Phoenix Solutions payable to Mark Co. Printing, $2,234.16, check from Phoenix Solutions payable to Mark Co. Printing, $810.91, check from Phoenix Solutions payable to Mark Co. Printing, $1,788.51, check from Phoenix Solutions payable to Glick Creative, $263.50, check from Phoenix Solutions payable to Glick Creative, $821.50, check from Phoenix Solutions payable to Mark Co. Printing, $1,729.60, check from Phoenix Solutions, payable to Mark Co. Printing, $4,178.29, check from Phoenix Solutions payable to Mark Co. Printing, $6,276.36 (20 pages) |
| | 217 | | X | X | Image of check from Sabi Doc Kumar payable to Rightway Consulting, $477.65 (1 page) |
| 365 | | | X | X | Images of 5 redacted pages, copy of check from Phoenix Solutions payable to Tennessee Republican Party, $3,419.75 and a page "Index" (7 pages) |

Page ___19___ of ___29___

| UNITED STATES OF AMERICA     vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 86 | | | X | X | Image of e-mail chain (at top of page) to Katelyn Wolfe, from Cade Cothren, January 28, 2020, Subject: Re: Printing (2 pages) |
| X | | | | | **WITNESS:**  Clay Worcester, Special Agent, FBI |
| 107 | | | X | X | Image of Google Subscriber Information regarding Cade Cothren (3 pages) |
| 62 | | | X | X | Image of e-mail communication to Cade Cothren, from Glen Casada, November 13, 2019, Subject: here are my surveys (1 page) |
| 16 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Cade Cothren (8 pages) |
| 17 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Cade Cothren (8 pages) |
| 19 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Glen Casada (8 pages) |
| 21 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Glen Casada (4 pages) |
| 24 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Cade Cothren (21 pages) |
| | | 05/02/2025 | | | |
| 28 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Cade Cothren (13 pages) |
| 29 | | | X | X | Image of Cellebrite, Extraction Report, regarding +16159437396 and Cade Cothren (20 pages) |
| 30 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, regarding Cade Cothren and Glen Casada (2 pages) |
| 31 | | | X | X | Image of Cellebrite, Extraction Report, +16159437396 and Cade Cothren (3 pages) |

Page     20    of     29

| UNITED STATES OF AMERICA   vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 455 | | | X | X | Images of front of three envelopes (3 pages) |
| 108 | | | X | X | Image of Google Subscriber Information regarding Matthew Phoenix (3 pages) |
| 63 | | | X | X | Image of e-mail communication to Cade Cothren from Cade Cothren (Matthew Phoenix), November 18, 2019, Re:  Test (1 page) |
| 25 | | | X | X | Image of Cellebrite, Extraction Report, +16159437396 and Cade Cothren (3 pages) |
| 75 | | | X | X | Image of e-mail communication to Glen Casada from Matthew Phoenix, December 29, 2019, Subject:  Hurt Survey (3 pages) |
| 76 | | | X | X | Image of e-mail communication to Glen Casada from Matthew Phoenix, December 29, 2019, Subject: Powers Survey (3 pages) |
| 77 | | | X | X | Image of e-mail communication to Glen Casada from Matthew Phoenix, December 29, 2019, Subject: Farmer Survey (3 pages) |
| 50 | | | X | X | Image of Cellebrite, Extraction Report, +16159437396 and Cade Cothren (6 pages) |
| 460 | | | X | X | Image of IRS Form W-9, Phoenix Solutions, 2020 (1 page) |
| 32 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cade Cothren and Glen Casada (3 pages) |
| 37 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cade Cothren and Glen Casada (2 pages) |
| 42 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cade Cothren and Glen Casada (7 pages) |
| 43 | | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cade Cothren and Glen Casada (1 page) |
| 89 | | | X | X | Image of e-mail communication to Glen Casada from Matthew Phoenix, March 30, 2020, Subject: Ragan Invoice (4 pages) |

Page   21   of   29  

| UNITED STATES OF AMERICA  vs.  CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 91 | | | X | X | Image of e-mail communication to Chip Saltsman, cc: candice@powerofphoenix.com, from Matthew Cyrus, May 21, 2020, Subject: Nice to meet you (11 pages) |
| 104 | | | X | X | Image of e-mail chain (top of page)to Johnny Garrett, from Matthew Phoenix, September 11, 2020, Subject: Introduction (18 pages) |
| 454 | | | X | X | Image of handwritten notes (1 page) |
| | 235 | | X | X | Image of check from Martin Daniel for Tennessee, payable to Right Way Consulting, January 13, 2020, $750.00 (1 page) |
| | 211 | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cade Cothren and Robin Smith (4 pages) |
| | 27A | | X | X | Image of e-mail chain (middle of page (top of page redacted)) to Brent Hayden from Connie Ridley, May 4, 2023, Subject: [EXTERNALEMAIL] – Policies and Procedures – Member Postage and Printing Accounts (14 pages) |
| X | | | | | **WITNESS:** Aaron Brown, Special Agent, FBI |
| 206B | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 207 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 209 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 211 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 213 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 215 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 217 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 219 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Case No. 3:22-cr-00282 (1 & 2)** |

UNITED STATES OF AMERICA    vs.   CASADA, ET AL.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 229 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 231 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 233 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 243 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 245 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 247 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 249 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 251 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| 253 | | | X | X | Physical DVD in white sleeve, handwritten "AB" on DVD |
| | | **05/05/2025** | | | |
| | 236 | | X | X | Image of invoice, pay to: Corporate Filings, LLC, bill to: Phoenix Solutions, LLC, Invoice No. 2E98GZH7, $189.00 (21 pages) |
| | 113 | | X | X | Image of e-mail communication to Robin Smith from Esther Helton, November 27, 2019, Subject: Re: Survey or legislative update for you? (1 page) |
| | 166 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Robin Smith, December 21, 2019, Subject: Re: input on leg update (2 pages) |
| | 167 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, December 31, 2019, Subject: Esther's copy/layout draft (3 pages) |

Page    23    of    29

| UNITED STATES OF AMERICA   vs.  CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 168 |  | X | X | Image of e-mail chain (top of page) to Connie Ridley from Scott Gilmer, January 9, 2020, Subject: FW: Please review for Esther Helton's legislative update (1 page) |
|  | 169 |  | X | X | Image of e-mail chain (top of page) to Robin Smith from Scott Gilmer, January 9, 2020, Subject: RE: Please review for Esther Helton's legislative update (1 page) |
|  | 170 |  | X | X | Image of e-mail communication to Esther Helton from Robin Smith, January 11, 2020, Subject: Your legislative update (4 pages) |
|  | 171 |  | X | X | Image of e-mail chain (top of page) to Patsy Hazlewood from Robin Smith, January 12, 2020, Subject: Please do not share (1 page) |
|  | 172 |  | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, January 18, 2020, Subject: the original pics are in dropbox (3 pages) |
|  | 173 |  | X | X | Image of e-mail communication to Robin Smith from Holt Whitt, January 29, 2020, Subject: RE:  Review for Patsy Hazlewood – Leg update (2 pages – 1st page is duplexed) |
|  | 174 |  | X | X | Image of e-mail chain (top of page) to Connie Ridley from Robin Smith, January 30, 2020, Subject: FW: Review for Patsy Hazlewood – Leg update (1 page – duplexed) |
|  | 175 |  | X | X | Image of e-mail chain (top of page) to Robin Smith from Connie Ridley, January 31, 2020, Subject: RE: Review for Patsy Hazlewood – Leg update (1 page) |
|  | 176 |  | X | X | Image of e-mail chain (top of page) to Robin Smith from Paul Sherrell, March 11, 2020, Subject: Re: Some campaign stuff (1 page – duplex) |
|  | 177 |  | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, June 6, 2020, Subject: let's start here with Paul Sherrell on his leg update (4 pages) |
|  | 178 |  | X | X | Image of e-mail communication to Cade Cothren, from Robin Smith, June 12, 2020, Subject: one small edit (1 page) |
|  | 179 |  | X | X | Image of e-mail communication to Holt Whitt, from Robin Smith, June 12, 2020, Subject: Paul Sherrell legislative update (1 page) |

Page  24  of  29

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA vs. CASADA, ET AL. | | | | Case No. 3:22-cr-00282 (1 & 2) | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 180 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, June 15, 2020, Subject: Paul Sherrell (3 pages) |
| | 181 | | X | X | Image of e-mail communication to Holt Whitt from Robin Smith, June 15, 2020, Subject: leg updated for Paul Sherrell (3 pages) |
| | 182 | | X | X | Image of e-mail communication to Connie Ridley, cc: Holt Whitt, from Robin Smith, June 22, 2020, Subject: Invoices for approved Legislative Updates (3 pages) |
| | 190 | | X | X | Image of e-mail chain (top of page) to Nadine Korby from Robin Smith, June 3, 2020, Subject: Re: time to get your legislative update together (3 pages) |
| | 191 | | X | X | Image of e-mail chain (top of page) to Nadine Korby from Robin Smith, June 10, 2020, Subject: Re: time to get your legislative update together (2 pages) |
| | 192 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, June 11, 2020, Subject: for Calfee's (1 page) |
| | 193 | | X | X | Image of e-mail chain (top of page) to Robin Smith from Nadine Korby, June 12, 2020, Subject: Re: Please review quietly (1 page) |
| | 194 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, June 15, 2020, Subject: CALFEE changes (3 pages) |
| | 195 | | X | X | Image of e-mail communication to Holt Whitt from Robin Smith, June 16, 2020, Subject: Legislative update Kent Calfee for review (3 pages) |
| | 196 | | X | X | Image of e-mail communication to Connie Ridley and Robin Smith from Holt Whitt, June 18, 2020, Subject: Fwd: Legislative update Kent Calfee for review (3 pages) |
| | 197 | | X | X | Image of e-mail communication to candice@TNGOP.org from Robin Smith, November 25, 2019, Subject: Member mail lists (1 page) |
| | 198 | | X | X | Image of e-mail communication to Mark Hall from Robin Smith, February 17, 2020, Subject: stuff for mail (1 page) |

Page ___25___ of ___29___

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA     vs.   CASADA, ET AL. | | | | Case No. 3:22-cr-00282 (1 & 2) | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 199 | | X | X | Image of e-mail communication to Mark Hall from Robin Smith, February 20, 2020, Subject: do you have the original of this photo? (2 pages) |
| | 200 | | X | X | Image of e-mail communication to Cade Cothren from Robin Smith, February 24, 2020, Subject: Mark Hall stuff (4 pages) |
| | 201 | | X | X | Image of e-mail communication to Robin Smith from Holt Whitt, February 28, 2020, Subject: Re: Member Legislative Update – Rep. Mark Hall (3 pages) |
| | 202 | | X | X | Image of e-mail chain (top of page) to Connie Ridley, from Robin Smith, February 29, 2020, Subject: FW: Member Legislative Update – Rep. Mark Hall (2 pages) |
| | 203 | | X | X | Image of e-mail communication to Mark Hall from Robin Smith, February 29, 2020, Subject: Invoices for Leg update (3 pages) |
| X | | | | | **WITNESS:**  Austin Barger, Task Force Officer, FBI |
| 135A | | | X | X | Physical DVD in white sleeve |
| 138 | | | X | X | Physical DVD in white sleeve |
| 140 | | | X | X | Physical DVD in white sleeve |
| 142 | | | X | X | Physical DVD in white sleeve |
| 144 | | | X | X | Physical DVD in white sleeve |
| 146 | | | X | X | Physical DVD in white sleeve |
| 148 | | | X | X | Physical DVD in white sleeve |
| 150 | | | X | X | Physical DVD in white sleeve |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA        vs.   CASADA, ET AL. | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 152 | | | X | X | Physical DVD in white sleeve |
| 156 | | | X | X | Physical DVD in white sleeve |
| 158 | | | X | X | Physical DVD in white sleeve |
| 168 | | | X | X | Physical DVD in white sleeve |
| 170 | | | X | X | Physical DVD in white sleeve |
| 172 | | | X | X | Physical DVD in white sleeve |
| 174 | | | X | X | Physical DVD in white sleeve |
| 176 | | | X | X | Physical DVD in white sleeve |
| 178 | | | X | X | Physical DVD in white sleeve |
| 184 | | | X | X | Physical DVD in white sleeve |
| 186 | | | X | X | Physical DVD in white sleeve |
| 188 | | | X | X | Physical DVD in white sleeve |
| 190 | | | X | X | Physical DVD in white sleeve |
| 192 | | | X | X | Physical DVD in white sleeve |

Page   27   of   29

| UNITED STATES OF AMERICA   vs.  CASADA, ET AL. | | | | Case No. 3:22-cr-00282 (1 & 2) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 232 | | X | X | Color image of beige-sided dwelling (1 page) |
| | 233 | | X | X | Color image of male in white robe standing in doorway (1 page) |
| | | **05/07/2025** | | | |
| | 238 | | X | X | Image of talk activity of Cameron Sexton (4 pages) |
| | 239 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, December 17, 2019, Subject: Fwd: your constituent survey (25 pages) |
| | 240 | | X | X | Image of e-mail chain (top of page) to Connie Ridley from Holt Whitt, March 20, 2020, Subject: RE: Dennis Powers: survey and invoice (1 page) |
| | 241 | | X | X | Image of Cellebrite, Extraction Report, +16159437396 and Bud Hulsey (10 pages) |
| | 242 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, December 26, 2019, Subject: Re: Constituent survey (1 page) |
| | 243 | | X | X | Image of e-mail communication to Bud Hulsey from Glen Casada, January 8, 2020, Subject: constituent survey (1 page) |
| | 244 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, December 26, 2019, Subject: Fw: Photo/Electronic Signature (3 pages) |
| | 245 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, December 17, 2019, Subject: Re: your constituent survey (2 pages) |
| | 246 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, January 6, 2020, Subject: Re: 2020 Final Survey Questions (1 page) |
| | 247 | | X | X | Image of e-mail communication to Cade Cothren from Glen Casada, January 6, 2020, Subject: Susan Lynn (4 pages) |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | Case No. 3:22-cr-00282 (1 & 2) |
|---|---|---|---|---|---|
| **UNITED STATES OF AMERICA    vs.   CASADA, ET AL.** | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 248 | | X | X | Image of e-mail chain (top of page) to Cade Cothren, from Glen Casada, March 2, 2020, Subject: Fwd: survey questions (3 pages) |
| | 249 | | X | X | Image of e-mail communication to Cade Cothren from Glen Casada, March 15, 2020, Subject: Re: Stuff for Survey (1 page) |
| | 250 | | X | X | Image of e-mail communication to Cade Cothren from Glen Casada, February 22, 2020, Subject: Lowell Russell (3 pages) |
| | 251 | | X | X | Image of e-mail chain (top of page) to Cade Cothren from Glen Casada, November 19,2019, Subject: Re: Survey edits (4 pages) |
| | 252 | | X | X | Image of Cellebrite, Extraction Report, Apple iOS, Cameron Sexton and Cade Cothren (27 pages) |

Page ___29___ of ___29___