# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| GLEN CASADA and ) | |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE FOR AN EXTENSION OF PAGE LIMITS

Defendant Glen Casada ("Defendant" or "Mr. Casada"), by and through counsel, respectfully seeks leave to exceed the motion page limit set forth in Local rule 7.01(a)(2). Mr. Casada submits that there is good cause for the extension on page limits, due to the complexities in this matter, including the length of trial, amount of testimony, and multi-faceted legal and factual issues. Mr. Casada respectfully requests leave to exceed the page limit on his Motion for New Trial by an estimated 10 pages.

Pursuant to Local Rule 7.01(a)(1), counsel for Mr. Casada has conferred with counsel for the Government who does not oppose the relief requested in this Motion.

Respectfully submitted,

*/s/ Jonathan Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
Counsel for Glen Casada

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

*/s/ Jonathan Farmer*
Jonathan Farmer