# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| ) | |
| GLEN CASADA and ) | |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## GLEN CASADA'S MOTION FOR JUDGMENT OF ACQUITTAL

Pursuant to Fed. R. Crim P. 29 and this Court's May 20, 2025 Order (D.E. 356), Defendant Glen Casada, through counsel, hereby affirms his previously asserted general Rule 29 Motion for Judgment of Acquittal. In support, Mr. Casada submits as follows:

1. As referenced in the Court's Order at D.E. 356, Mr. Casada has made a general Rule 29 motion both at the close of the Government's case-in-chief and at the close of the Defendant's case-in-chief. The same Order mandated that the Mr. Casada either i) convert his general Rule 29 Motion to a specific Rule 29 motion or ii) notify the Court of his intent to keep his Rule 29 Motion general within 14 days of verdict.

2. On May 30, 2025, the Court extended Mr. Casada's deadline to make his election regarding his Rule 29 Motion to June 30, 2025. (D.E. 364).

3. Pursuant to Mr. Casada's previously asserted general Rule 29 Motion and this Court's Order, Mr. Casada affirms his intent to maintain his Rule 29 Motion as a general motion.

Respectfully submitted,

*/s/ Chase Fann*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
Counsel for Glen Casada

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

*/s/ Chase Fann*
Chase Fann