**United States v. Casada et al., No. 3:22-CR-00282**

**Attachment 1**

**Payments from Phoenix Solutions (FHB[1] x3886) to Cothren, Casada, and Smith**

**January 1, 2020 – December 31, 2020**

| Cothren | | |
|---|---|---|
| **Date of Transaction** | **Amount** | **Destination/Recipient** |
| **March 12, 2020** | **$10,100.00** | **First Horizon Bank x3395** |
| **April 6, 2020** | **$500.00** | **Cash Withdrawal** |
| **Total: $10,600.00** | | |

| Casada | | |
|---|---|---|
| **Date of Transaction** | **Amount** | **Destination/Recipient** |
| **April 7, 2020** | **$4,143.64** | **SunTrust Bank x4447** |
| **September 28, 2020** | **$500.00** | **SunTrust Bank x4447** |
| **November 30, 2020** | **$2,500.00** | **Fifth Third Bank x7874** |
| **Total: $7,143.64** | | |

| Smith[2] | |
|---|---|
| **Date of Transaction** | **Amount** |
| **April 15, 2020** | **$4,143.64** |
| **September 11, 2020** | **$12,003.16** |
| **December 18, 2020** | **$12,116.46** |
| **Total: $28,263.26** | |

---

[1]     First Horizon Bank.
[2]     *See United States v. Smith*, No. 3:22CR78, ECF No. 33 (Preliminary Order of Forfeiture).