```
    {
      "messageCreate" : {
        "id" : "1646535836467355652",
        "senderId" : "              1568",
        "recipientId" : "              ",
        "text" : "Lots of in-fighting going on privately in the caucus. And it's only going to get worse today
when their caucus meeting is leaked. Keep up the pressure",
        "createdAt" : "2023-04-13T15:28:29.264Z",
        "mediaUrls" : [ ],
        "reactions" : [ ],
        "urls" : [ ]
      }
    },
    {
      "messageCreate" : {
        "id" : "1646534022959431684",
        "senderId" : "              1568",
        "recipientId" : "              ",
        "text" : "Yes. Heat is HEAVY. What's the back channel? Threats or just to chill out?",
        "createdAt" : "2023-04-13T15:21:16.882Z",
        "mediaUrls" : [ ],
        "reactions" : [ ],
        "urls" : [ ]
      }
    },
    {
      "messageCreate" : {
        "id" : "1646482892472610822",
        "senderId" : "              ",
        "recipientId" : "              1568",
        "text" : "Are you hearing anything about Sexton taking heat? He keeps back channeling to me to
stop with the mistress stuff",
        "createdAt" : "2023-04-13T11:58:06.435Z",
        "mediaUrls" : [ ],
        "reactions" : [ ],
        "urls" : [ ]
      }
    },
    {
      "messageCreate" : {
        "id" : "1645924510258823172",
        "senderId" : "              1568",
        "recipientId" : "              ",
        "text" : "Interesting to be a spectator and not the one in the hot seat",
        "createdAt" : "2023-04-11T22:59:17.731Z",
        "mediaUrls" : [ ],
        "reactions" : [ ],
        "urls" : [ ]
      }
    },
    {
```