

9:17

Cade Cothren ✔
@CadeCothren

Targeted by Biden's DOJ for standing with Trump.
Convicted for refusing to break. Redeemed by grace —
and not done yet.

📍 Nashville, TN   📅 Joined July 2019

**353** Following   **550** Followers

Followed by Ben Voytas, Mary Littleton, Rusty, and
51 others

**Posts**   Replies   Videos   Photos

⟲ **Cade Cothren reposted**

**John Rich** 🇺🇸 ✔ @johnrich · 3h

I have personally advocated to
@realDonaldTrump to pardon @CadeCothren
who was targeted by Biden's DOJ, persecuted by
the FBI and other agencies, and is now facing 20
years in prison for what amounts to a false, TN
State, minor infraction. See his story below and
pls repost:

> **Cade Cothren** ✔ @CadeCothren · 2/6/25
>
> Nearly three years ago, a swarm of heavily
> armed federal agents arrived at my door,
> battering rams in hand, to arrest me following
> an indictment.

💬 35   ⟲ 420   ♡ 965   📊 47K