# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| GLEN CASADA | ) |

## NOTICE OF FILING

Defendant Glen Casada, through undersigned counsel, submits the attached Exhibit A as an additional Letter of Support for consideration in the sentencing hearing of this matter.

Respectfully submitted:

*/s/ Jonathan Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Glen Casada*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 22, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

                                                          */s/ Jonathan Farmer*
                                                          Jonathan Farmer

2

Case 3:22-cr-00282　　Document 451　　Filed 09/22/25　　Page 2 of 2 PageID #: 7278