UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| [1] GLEN CASADA | ) |
| [2] CADE COTHREN | ) |

## ORDER

Pending before the Court is the "Government's Unopposed Motion to Vacate Convictions" (Doc. No. 497, "Motion"), which provides in its entirety:

> On November 7, 2025, President Trump issued full and unconditional pardons for defendants Glen Casada and Cade Cothren for the offenses against the United States in this case. (See D.E. #490 (Cothren), #495 (Casada)). Accordingly, the government respectfully requests that the Court vacate its judgments. (D.E. #452 (Cothren), #467 (Casada).) Defendants do not oppose the relief requested in this Motion.

(Doc. No. 497 at 1). The Court postponed acting on the Motion pending a determination as to whether the pendency of the appeal in this case to the Sixth Circuit precluded this Court from exercising jurisdiction so as to act on the Motion. Based on the parties' recent notice addressing this issue (Doc. No. 510), the Court is satisfied that it has jurisdiction to do so. Finding the Motion both unopposed and well-taken, the Motion (Doc. No. 497) is granted. The convictions and sentences of Defendant Cothren, and the Criminal Judgment reflecting them (Doc. No. 452), are hereby VACATED. Likewise, the convictions and sentences of Defendant Casada, and the Criminal Judgment reflecting them (Doc. No. 467), are likewise VACATED.

The Clerk is DIRECTED to close the case file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE